# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0979.  TRAVIS SHEPPARD v. THE STATE.**

Before this Court is the Motion to Remand for Completion of the Record on Appeal filed by the appellee, the State of Georgia.

During the trial conducted in the above-styled criminal case, which commenced on October 31, 2016 and ended on November 3, 2016, there were 55 exhibits introduced into evidence (54 exhibits introduced by the State and one exhibit introduced by the defense).  However, the appellate record does not include the 55 exhibits that were introduced into evidence at trial.  On March 23, 2023, the State filed a motion to supplement the record with the aforementioned exhibits, and on March 28, 2023, this Court granted the motion, directing the Clerk of the Superior Court of Fulton County to supplement the record with the exhibits within 21 days from the entry of the order or inform this Court that the Clerk was unable to do so.

On April 17, 2023, the State filed the instant motion to remand.  In its motion, the State represented:

> The court reporter who transcribed the trial proceedings is no longer in this state but has been located and contacted by undersigned counsel. It was believed that the court reporter would be positioned to file the exhibit transcript within three weeks. However, the court reporter has been unable to do so at this time in part because her need to attend to personal matters involving the passing of a relative. Although that delayed the court reporter's ability to begin the process until that past week, another issue has arisen that will involve the input from personnel who are out of the office and is not expected to return for another week.

Prior to filing this motion, undersigned counsel and a supervisor in this office exhausted all efforts to getting this matter resolved within the time frame set forth in this Court's order. Until those matters with the exhibits are resolved, the court clerk is unable to prepare the supplemental record.

(Internal numbering omitted.)

The State's motion to remand is hereby GRANTED. In light of the 55 exhibits not included in the record on appeal, the indeterminate amount of time it will take to prepare and transmit those exhibits to this Court, and the constitutional time restraints governing this Court's disposition of appeals, this case must be remanded to the Clerk of the Superior Court of Fulton County until preparation of the appellate record is completed by the addition of the aforementioned exhibits. Once the entire appellate record is prepared, the record may then be retransmitted and redocketed with the Court of Appeals. Upon redocketing, briefing shall proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  04/24/2023
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*